1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  FRANCISCO PELLICIER

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 1:06-CR-0056 AWI
                                     )
12           *Plaintiff*,            )   STIPULATION TO CONTINUE STATUS
                                     )   CONFERENCE HEARING, AND ORDER
13      v.                           )   THEREON
                                     )
14  FRANCISCO PELLICIER,             )   Date:  July 17, 2006
                                     )   Time:  9:00 a.m.
15           *Defendant*.            )   Judge: Honorable Anthony W. Ishii
                                     )
16  _____  )

17

18                          **STIPULATION**

19       It is hereby stipulated by and between the parties hereto that the status conference hearing in the

20  above- entitled matter now set for June 26, 2006, may be continued to **July 17, 2006, at 9:00 a.m.**

21       The reason for this continuance is to allow counsel additional time for defense preparation and case

22  settlement negotiations.

23       The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and

24  (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

25  ///

26  ///

27  ///

28  ///

defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATED: June 22, 2006          By:   /s/   Kevin P. Rooney
                                      KEVIN P. ROONEY
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

                                      DANIEL J. BRODERICK
                                      Federal Defender

DATED: June 22, 2006          By:   /s/ Marc C. Ament
                                      MARC C. AMENT
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      Francisco Pellicier

## ORDER

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:**   **June 23, 2006**                    /s/ **Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE