DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FRANCISCO PELLICIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>    v.<br><br>FRANCISCO PELLICIER,<br><br>   *Defendant*. | NO. 1:06-CR-0056 AWI<br><br>**AMENDED** STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON<br><br>Date:  August 21, 2006<br>Time:  9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above- entitled matter now set for July 17, 2006, may be continued to **August 21, 2006, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense preparation and case settlement negotiations.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

///
///
///
///

1 defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
2 defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
3 diligence.

McGREGOR W. SCOTT
United States Attorney

DATED: July 13, 2006            By:    /s/  Kevin P. Rooney
                                       KEVIN P. ROONEY
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


                                       DANIEL J. BRODERICK
                                       Federal Defender


DATED: July 13, 2006            By:    /s/ Marc C. Ament
                                       MARC C. AMENT
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       Francisco Pellicier


### ORDER

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:    July 14, 2006**             /s/ **Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE