DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FRANCISCO PELLICIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     *Plaintiff*, <br> v. <br> FRANCISCO PELLICIER, <br>     *Defendant*. | NO. 1:06-CR-0056 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON <br><br> Date:  October 10, 2006 <br> Time:  9:00 a.m. <br> Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above- entitled matter now set for September 25, 2006, may be continued to **October 10, 2006, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense preparation and case settlement negotiations.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

///

///

///

1  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
2  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence.

4  　　　　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney
5

6  DATED: September 21, 2006　　　　　　By:　/s/   Kevin P. Rooney
　　　　　　　　　　　　　　　　　　　　　　　　KEVIN P. ROONEY
7  　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
8

9  　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　　　　　　　　Federal Defender
10

11 DATED: September 21, 2006　　　　　　By:　/s/ Marc C. Ament
　　　　　　　　　　　　　　　　　　　　　　　　MARC C. AMENT
12 　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
13 　　　　　　　　　　　　　　　　　　　　　　　Francisco Pellicier

14

15

16 **ORDER**

17 **IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B).
18 For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best
19 interest of the public and the defendants in a speedy trial.

20

21 IT IS SO ORDERED.

**Dated:   September 22, 2006**　　　　　　/s/ **Anthony W. Ishii**
22 0m8i78　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28

Stipulation and Proposed Order - Pellicier　　　　　　2