IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>FRANCISCO PELLICIER,<br><br>    *Defendant*. | NO. 1:06-CR-0056 AWI<br><br>ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE HEARING<br><br>Date:  December 4, 2006<br>Time:  9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

On November 2, 2006, the parties in the above titled action filed the following stipulation:

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above-entitled matter now set for November 6, 2006, may be continued to **December 4, 2006, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense preparation and case settlement negotiations.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                                                       McGREGOR W. SCOTT
                                                                       United States Attorney

DATED: November 2, 2006                     By:    /s/   Kevin P. Rooney
                                                                               KEVIN P. ROONEY
                                                                               Assistant U.S. Attorney
                                                                               Attorney for Plaintiff

DATED: November 2, 2006            DANIEL J. BRODERICK
Federal Defender

By: /s/ Marc C. Ament
MARC C. AMENT
Assistant Federal Defender
Attorney for Defendant
Francisco Pellicier

## **ORDER**

As per the above stipulation, **IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   November 2, 2006**          /s/ Anthony W. Ishii
0m8i78          UNITED STATES DISTRICT JUDGE