DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FRANCISCO PELLICIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-CR-0056 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON |
| v. | |
| FRANCISCO PELLICIER, | Date: January 16, 2007 |
| Defendant. | Time: 9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above- entitled matter now set for December 18, 2006, may be continued to **January 16, 2007, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense preparation and case settlement negotiations.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

///

///

///

1  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
2  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence.

4                                                                McGREGOR W. SCOTT
                                                                  United States Attorney
5

6  DATED: December 14, 2006             By:     /s/  Kevin P. Rooney
                                                 KEVIN P. ROONEY
7                                                Assistant U.S. Attorney
                                                 Attorney for Plaintiff
8

9                                                DANIEL J. BRODERICK
                                                 Federal Defender
10

11 DATED: December 14, 2006             By:     /s/ Marc C. Ament
                                                 MARC C. AMENT
12                                               Assistant Federal Defender
                                                 Attorney for Defendant
13                                               Francisco Pellicier

14

15
                                           **ORDER**
16
       **IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B).
17
   For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best
18
   interest of the public and the defendants in a speedy trial.
19

20
   IT IS SO ORDERED.
21
   **Dated:     December 15, 2006**              /s/ **Anthony W. Ishii**
22 0m8i78                                        UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Stipulation and Proposed Order - Pellicier                2