DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FRANCISCO PELLICIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-CR-0056 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON |
| v. | |
| FRANCISCO PELLICIER, | Date: January 22, 2007 |
| Defendant. | Time: 9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above- entitled matter now set for January 16, 2007, may be continued to **January 22, 2007, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense preparation.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the

///

///

///

///

defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                                        McGREGOR W. SCOTT
                                                        United States Attorney

DATED: January 11, 2007                          By:    /s/   Kevin P. Rooney
                                                                  KEVIN P. ROONEY
                                                                  Assistant U.S. Attorney
                                                                  Attorney for Plaintiff

                                                                  DANIEL J. BRODERICK
                                                                  Federal Defender

DATED: January 11, 2007                          By:    /s/ Marc C. Ament
                                                                  MARC C. AMENT
                                                                 Assistant Federal Defender
                                                                Attorney for Defendant
                                                                Francisco Pellicier

## ORDER

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:     January 12, 2007**                  /s/ **Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE